137759

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-788 MJD/RLE **Case Title:** Reinbold v. Gottschalk, et al.

**Affidavit of Movant**

I, Richard E. Bosse, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Christopher J. Rush, an attorney admitted to practice in the Southern District of Florida, but not admitted to the bar of ~~this court,~~ who will be counsel for the (X)plaintiff ( )defendant Susan Reinbold in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 0245501 | 5/21/01 |
| Signature | MN Attorney License # | Date |

**Affidavit of Proposed Admittee**

I, Christopher J. Rush am currently a member in good standing of the U.S. District Court for the Southern District of Florida, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

| | | |
|---|---|---|
| Christopher J. Rush | [signature] | May 15, 2001 |
| Type/Print Name | Signature | Date |

Attorney License Number: Fla. Bar No. 621706

Law Firm Name & Address: Rush & Manoogian, P.A.
2240 Woolbright Road, Suite 412
Boynton Beach, Florida 33426

Telephone: (561) 369-3331

Motion Granted: [signature] Francis E. Dosal
For the Court: Francis E. Dosal, Clerk

MAY 30 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED MAY 30 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______