UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Susan K. Reinbold, and
Robert Reinbold,

Plaintiffs,

vs. ORDER

John Gottschalk; St. Paul's Lutheran Church; Minnesota North District of the Lutheran Church, Missouri Synod; Lutheran Church in America, sued as The Lutheran Church, Missouri Synod,

Defendant. Civ. No. 01-788 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

To: Richard E. Bosse, Bosse Law Office, 303 Douglas Avenue, Henning, Minnesota, 56551

At Duluth, in the District of Minnesota, this 14th day of August, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

FILED AUG 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

It appears that more than 20 days have elapsed since the Summons and Complaint were served on Defendant John Gottschalk ("Gottshchalk"), and that no appearance has been entered by him.

The Federal Rules of Civil Procedure and the Local Rules of this District require that an Answer or other pleading be filed. Although an initial Motion for an extension of time will be liberally construed by the Court in the absence of any objection by opposing counsel, the Court does not permit counsel, by agreement, to extend the time for filing an Answer or some other responsive pleading.

NOW THEREFORE, It is --

ORDERED:

That counsel for the Plaintiffs is directed to:

1. Notify Defendant Gottschalk immediately that he is required to serve and file his Answer or some other responsive pleading, or to move for an extension of time to do so, and that an application for entry of default is required within 10 days of such notification if no response is filed;

2. File an application for entry of default unless the required pleadings are filed within 10 days of the referenced notification; or

3. Advise the Court in writing of any good cause to the contrary.

Unless the Plaintiffs' counsel complies with this Order within 20 days of this date, this case, as it related to Defendant Gottschalk, may be dismissed for lack of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE