UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Susan K. Reinbold and
Robert Reinbold, her husband,

Plaintiffs,

vs. ORDER OF DISMISSAL

John Gottschalk, St. Paul's
Lutheran Church, Minnesota
North District of the Lutheran
Church, Missouri Synod, The
Lutheran Church, Missouri Synod,

Defendants. Civ. No. 01-788 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Michael J. Davis

Judge Michael J. Davis
United States District Court

DATED: January 17, 2002
At Minneapolis, Minnesota

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______